UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SHIRLEY WILLS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 23-cv-1181-JES-JEH ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) |
| Defendant. | ) |

# ORDER

On April 25, 2024, Magistrate Judge Jonathan Hawley filed a Report & Recommendation in the above captioned case. (Doc. 12). More than fourteen (14) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). *See also Grosland v. Barnhart*, 127 Fed. Appx. 226, 227–28 (7th Cir. 2005) (noting that for cases arising under § 636(b)(1), the "failure to file objections with the district judge waives the right to appeal all issues, both factual and legal.") (quoting *Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538, 539 (7th Cir.1986). *See id*., (finding this rule applies to Social Security cases) (citing *Howell v. Sullivan,* 950 F.2d 343, 347 (7th Cir. 1991). As the parties failed to present timely objections, any such objections have been waived.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Plaintiff claims that the ALJ failed to include acknowledged mental limitations when making findings as to Plaintiff's Residual Functional Capacity (RFC). The Court concurs with the Magistrate Judge's detailed discussion and recommendation. Accordingly, the Court now adopts the Report & Recommendation (Doc. 12)

1

of the Magistrate Judge in its entirety. Defendant's Motion for Summary Affirmance (Doc. 10) is GRANTED.

## CONCLUSION

IT IS ORDERED AND ADJUDGED that the decision of the Defendant, Martin O'Malley, Commissioner of Social Security, denying benefits to the Plaintiff, Shirley W., is AFFIRMED. This matter is terminated.

Ordered this 22nd day of May 2024.

s/James E. Shadid
JAMES E. SHADID
UNITED STATES DISTRICT JUDGE
